UNITED STATES DISTRICT COURT                    JS-6
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.  CV-26-0022-AGR                                    Date: March 3, 2026

Title     Beatriz Ruelas, et al. v. JA Solar Viet Nam Co. Ltd., et al.

Present: The Honorable:  Alicia G. Rosenberg, United States Magistrate Judge

| K. Lozada | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| n/a | n/a |

**Proceedings: (IN CHAMBERS)  ORDER RE: PLAINTIFFS' MOTION TO REMAND (Dkt. No. 13)**


On June 24, 2025, Plaintiffs filed the complaint in the Superior Court of California, County of Los Angeles in Case No. 25AVCV00797.

On January 2, 2026, Defendant Total Quality Logistics LLC ("TQL") filed a notice of removal based on diversity jurisdiction.  (Dkt. No. 1.)

On January 27, 2026, Plaintiffs filed a stipulated dismissal without prejudice of Defendants Dhinsa Trucking, Inc. and Jasveer Singh.  (Dkt. No. 10.)  Plaintiffs filed an application for clerk to enter default against Defendants Arroyoteran, El Pollo O Galdamez LLC, and Jose Moises Galdamez Ostorga.  (Dkt. No. 11.)

Meanwhile, on January 23, 2026, Defendant TQL filed a motion to dismiss the case against it.  (Dkt. No. 9.)  Plaintiffs filed an opposition.  (Dkt. No. 15.)

On February 2, 2026, Plaintiffs filed a motion to remand the case to state court. (Dkt. No. 13.)  Defendant TQL did not file an opposition.  Defendant JA Solar USA Inc. filed a notice of non-opposition to remand.  (Dkt. No. 16.)

CV-90 (03/15)                    Civil Minutes – General                    Page 1 of 3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV-26-0022-AGR                                                Date: March 3, 2026

Title       Beatriz Ruelas, et al. v. JA Solar Viet Nam Co. Ltd., et al.

The matter is appropriate for adjudication without oral argument.  Fed. R. Civ. P. 78; Local Rule 7-15.

A civil action removable solely on the basis of diversity jurisdiction under 28 U.S.C. § 1332(a) "may not be removed if any of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought."  28 U.S.C. § 1441(b)(2).

A corporation is a citizen of every state in which it has been incorporated and has its principal place of business.  28 U.S.C. § 1332(c)(1).  A limited liability company is a citizen of every state of which its owners or members are citizens.  *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).  A natural person is a citizen of the state in which they are domiciled.  *Adams v. West Marine Prods., Inc.*, 958 F.3d 1216, 1221 (9th Cir. 2020).  The domicile is the place where the natural person resides with the intention to remain or which he/she intends to return.  *Id.*  A person's residence constitutes some evidence of domicile.  A party "'may rely on the presumption of continuing domicile, which provides that, once established, a person's state of domicile continues unless rebutted with sufficient evidence of change.'"  *Id.* (citation omitted).

Plaintiffs provide evidence that Defendants JA Solar USA Inc., Ruben Omar Arroyoteran, El Pollo O Galdamez LLC, Jose Moises Galdamez Ostorga, Little Chicken Transport LLC, Sarai Alvarenga Leones, King MM Motor Inc. dba Dhinsa Transport, Dhinsa Trucking Inc., and Jasveer Singh are each citizens of California.  (Shaller Decl. ¶ 2 & Exh. 1 (JA Solar USA Inc.); Dkt. No. 1-1 Exh. 21 (Ruben Omar Arroyoteran); Shaller Decl. ¶ 7 & Dkt. No. 1-1 Exh. 20 (El Pollo O Galdamez LLC); Dkt. No. 1-1 Exh. 20 (Jose Moises Galdamez Ostorga); Shaller Decl. ¶¶ 3-4 & Exh. 2 and Dkt. No. 1-1 Exh. 19 (Little Chicken Transport LLC); Dkt. No. 1-1 Exh. 19 (Sarai Alvarenga Leones); Shaller Decl. ¶ 5 & Exh. 3 (King MM Motor Inc. dba Dhinsa Transport); Shaller Decl. ¶ 6 & Exh. 4 (Dhinsa Trucking Inc.); Dkt. No. 1-1 Exh. 10 (Jasveer Singh).)  Plaintiffs also provide evidence that each of these defendants was properly joined and served in the action prior to removal.  (Dkt. No. 1-1 Exh. 41 (JA Solar USA Inc.); Dkt. No. 1-1 Exh. 21 (Ruben Omar Arroyoteran); Dkt. No. 1-1 Exh. 13 (El Pollo O Galdamez LLC); Dkt.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV-26-0022-AGR                                         Date: March 3, 2026

Title        Beatriz Ruelas, et al. v. JA Solar Viet Nam Co. Ltd., et al.

No. 1-1 Exhs. 14, 18, 20 (Jose Moises Gladamez Ostorga); Dkt. No. 1-1 Exh. 16 (Little Chicken Transport LLC); Dkt. No. 1-1 Exhs. 15, 17, 19 (Sarai Alvarenga Leones); Dkt. No. 1-1 Exh. 40 (King MM Motor Inc. dba Dhinsa Transport); Dkt. No. 1-1 Exh. 8 (Dhinsa Trucking Inc.); Dkt. No. 1-1 Exh. 10 (Jasveer Singh).)

Removing defendant TQL's notice of removal agrees that these entities and individuals are citizens of California.  (Dkt. No. 1 at 2-3.)  Removing defendant TQL has not filed an opposition to Plaintiffs' motion to remand.

Accordingly, IT IS ORDERED that Plaintiffs' motion to remand this action is GRANTED and this case is remanded to the Superior Court of California, County of Los Angeles, Case No. 25AVCV00797.  (Dkt. No. 13.)  All other pending motions are denied as moot.  (Dkt. Nos. 9, 11.)

The Clerk is directed to effect the remand promptly and close this case.

**Initials of Preparer**   kl